■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAWRENCE M. BERKELEY (Admitted on April 24, 1991, at a Term of the Appellate Division, Second Department.) [773 NYS2d 871]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 230 AD2d 366 (1997).]